UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LORREL DANOS,<br><br>Plaintiff,<br>v.<br><br>PANEL SPECIALISTS, INC. and JOSEPH EARL BERGERON<br><br>Defendants. | CIVIL ACTION NO. 2:22-cv-00014<br><br>JUDGE: GREG GERARD GUIDRY<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY |

## ORDER

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Partial Settlement Agreement (R. Doc. 33). The Court having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Approve Partial Settlement Agreement is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the

1

Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3.  Defendants are ordered to pay Plaintiff the sum of $7,800, within 14 days of the issuance of this order.

4.  This cause is hereby **DISMISSED** with prejudice, with costs and fees to be determined by the United States Magistrate Judge.

4.  The Court shall retain jurisdiction of this action to enforce the terms of the settlement.

**DONE AND ORDERED** in Chambers at New Orleans, Louisiana, this 30th day of January, 2023.

_____
Honorable Greg Gerard Guidry
United States District Judge
Eastern District of Louisiana