UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LORREL DANOS** | **CIVIL ACTION** |
| **VERSUS** | **NO:** 22-14 |
| **PANEL SPECIALISTS, INC., et al.** | **SECTION: "T" (4)** |

## ORDER

The Court, after considering Plaintiff's Motion for Attorney Fees and Costs (R. Doc. 37), the responses thereto, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 45), and the objections filed by Plaintiff (R. Doc. 47) and Defendants (R. Doc. 46), and finding no error in the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation (R. Doc. 45) and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Petition for Attorney's Fees (Rec. Doc. 37) is GRANTED**. Plaintiff is awarded reasonable attorney's fees and expenses in the amount of **$20,810.40**. Judgment is entered in favor of Plaintiff and against Defendants.

**IT IS FURTHER ORDERED** that Arnold J. Lizana III is awarded fees in the amount of **$11,488.40**.

**IT IS FURTHER ORDERED** that Craig Mitchell is awarded fees in the amount of **$8,820.00**.

1

**IT IS FURTHER ORDERED** that Plaintiff is awarded costs in the amount of **$502.00**.

New Orleans, Louisiana, this 21st day of September 2023.

*Greg Gerard Guidry*
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**